UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 12-2504-BLG

UNITED STATES OF AMERICA

vs.

DARIAN MCKENZIE,

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

BY: _____
        SETH M. SCHLESSINGER
        ASSISTANT UNITED STATES ATTORNEY
        Florida Bar No. 64065
        99 N. E. 4th Street
        Miami, Florida 33132-2111
        TEL (305) 961-9260
        FAX (305) 530-7976

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| Darian McKenzie, | ) Case No. 12-2504-GARBER |
| | ) |
| | ) |
| | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 21, 2012__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1028(a)(7) | Knowingly Possessing, Without Lawful Authority, A Means of Identification of Another Person With the Intent to Commit, And In Connection With, Any Unlawful Activity That Constitutes a Violation of Federal Law. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Louis Maurino, Special Agent, USSS
Printed name and title

Sworn to before me and signed in my presence.

Date: __04/12/2012__

_____
Judge's signature

City and state: __Miami, Florida__     Hon. Barry L. Garber, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Louis Maurino, being duly sworn, depose and state as follows:

1. I am a Special Agent (SA) with the United States Secret Service (USSS), and have been so employed since February 2011. I am currently assigned to the Miami Field Office of the Secret Service. My official duties include investigating fraudulent activity and violations of the federal criminal laws related to electronic financial transactions, access devices, and personal identity information.

2. This affidavit is based both on knowledge I have gained personally through my own observations and information, as well as information that has been provided to me by other witnesses, cooperating suspects, and law enforcement officers. Moreover, the facts set forth herein do not constitute all the facts known to law enforcement officials regarding this matter; rather, this affidavit includes only those facts that I respectfully submit are necessary to establish probable cause in support of the attached complaint.

3. This affidavit is submitted in support of a complaint charging Darian MCKENZIE with possessing, without lawful authority, a means of identification of another person with the intent to commit, and in connection with, an unlawful activity that constitutes a violation of Federal law, in violation of Title 18, United States Code, Section 1028(a)(7).

4. On January 21st, 2012, officers of the Miramar Police Department responded to a report of a suspicious incident involving three people sitting in an automobile in the parking lot of a McDonald's restaurant in Miramar for one to two hours after dusk. Officers approached the vehicle, a 2004 Cadillac bearing Florida license plate number ASEK02 and observed S.L., the vehicle's registered owner, in the driver seat.

Officers further observed D.D. in the front passenger seat, and Darian MCKENZIE in the rear passenger seat. D.D. and MCKENZIE were both actively working on laptop computers, which they quickly shut as the officers approached the vehicle. Officers observed MCKENZIE attempt to conceal a sheaf of papers containing a list of names, Social Security numbers, and home addresses. In the car, officers observed two "Green Dot" prepaid debit cards without names assigned to them, and a W2 tax form in the name of a person who was not present in the vehicle. On the back seat next to MCKENZIE, officers discovered the sheaf of papers MCKENZIE had attempted to conceal, containing over 100 names with corresponding Social Security numbers and addresses. Law enforcement officers later confirmed through Florida driver license records that the names, Social Security numbers and addresses were genuine identity information belonging to real people.

5. MCKENZIE was asked to explain why he was in possession of the identity information, but could not. MCKENZIE was then read his Miranda rights, which he waived. MCKENZIE then admitted that he had purchased the identity information for $200 from another person. MCKENZIE further stated that he had purchased the list more than six months earlier, and planned to file fraudulent tax returns using some of the identity information, but had not yet done so.

6. Later that night, during a recorded interview at the Miramar Police Department, MCKENZIE stated that he was online at the time police officers approached the car. MCKENZIE said that he was accessing the website http://www.taxact.com, at which users may file federal tax returns. MCKENZIE stated that he and D.D. had traveled to the McDonald's restaurant in order to submit a false tax return, using the identity

information from the list found in his possession, in order to unlawfully obtain a tax refund in the name of another person. MCKENZIE further stated that he had attempted to file one false tax return using the name of victim J.C. before the police officers arrived at the vehicle, which claimed a refund to be paid out on a prepaid gift card to be mailed to MCKENZIE's girlfriend's apartment, located at 21150 NW 14th Place, Apartment 105, Miami Gardens, Florida. MCKENZIE estimated that the amount of the return to be $3,400. MCKENZIE further stated that he had acquired the identity information, and D.D. had contributed by making up a job description for victim J.C.

7. Based upon the foregoing, I respectfully submit that there is probable cause to believe that Darian MCKENZIE did possess, without lawful authority, a means of identification of another person with the intent to commit, and in connection with, an unlawful activity that constitutes a violation of Federal law, in violation of Title 18, United States Code, Section 1028(a)(7).

**FURTHER AFFIANT SAYETH NAUGHT.**

Louis Maurino, Special Agent
United States Secret Service

Subscribed and sworn to before me,
this 12th day of April, 2012.

HON. BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

3